AO 93 (Rev. 11/13) Search and Seizure Warrant

**FILED (DROP BOX)**

**APR 28 2021**

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL,
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched)*<br><br>SUBJECT STORAGE UNIT:<br>Located at 4020 Leary Way N, Seattle, WA 98107, Unit 129 | Case No. MJ20-120 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Washington
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    March 25, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any U.S. Magistrate Judge in this district    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    03/12/2020 8:00 am                    _____
                                                                *Judge's signature*

City and state:    Seattle, Washington                        Hon. Michelle L. Peterson, U.S. Magistrate Judge
                                                                *Printed name and title*

2019R01079

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ20-120 | 3/12/2020  1024 HRS | RICHARD PAINTER |

Inventory made in the presence of:
SA MICHAEL BREDESEN

Inventory of the property taken and name of any person(s) seized:

- 2 BAGS OF UNKNOWN POWDER
- 2 BOXES
- MISC. DOCUMENTS
- NUMEROUS WHITE PILLS
- BAG OF WHITE POWDER
- PILL PRESS STAMPS (43)

Rec'd
[signature]

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/12/2020

_____
Executing officer's signature

ERNEST McGEACHY, SA
Printed name and title